William H. URBAN, Jr., Petitioner,

v.

RADICE CORPORATION, a Corporation; Radice Office Building One, Inc., a Corporation

v.

Robert COLOSIMO d/b/a Public Parking of Pittsburgh Company, Respondent.

Supreme Court of Pennsylvania.

July 3, 1997.

### ORDER

PER CURIAM:

AND NOW, this 3rd day of July, 1997, we **GRANT** the Petition for Allowance of Appeal limited to the issue of whether the trial court erred by instructing the jury to apply the 'hills and ridges' doctrine.